IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUCE GARCIA : CIVIL ACTION
[HV-2806/FB-1017]

vs. :

DEBRA K. SAUERS, et al. : NO. 11-CV-3419

## ORDER

AND NOW, this 1st day of May, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge and Petitioner's objections thereto (Document 20), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED AND DISMISSED AS TIME BARRED, under 28 U.S.C. §2244(d)(1).

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

J. CURTIS JOYNER, C.J.